JACOB W. LOEB, Appellant, v. WILLIAM FOX, Respondent.— Order modified by disallowing items 5-d, e, f, g; 7-c, d, e, f, g; 12-b; 13-b; 14-d; 16-b and d; 18-b; 19-b; 26-b and c; 30-c, d, e, f, g, i; and 31-b, d, f, g, h and i; and as so modified affirmed, without costs. No opinion. The bill of particulars to be served within

ten days from service of order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.